WILLIAM T. WRIGHT, Individually and as Mayor of the City of Rensselaer, Appellant, *v.* ALBANY PORT DISTRICT COMMISSION, et al., Respondents.

Argued March 7, 1939; decided May 16, 1939.

*LaVerne Orvis, Corporation Counsel of City of Rensselaer,* for appellant.

*Gerald Donovan, John Lane, John C. Watson* and *Joseph J. Casey, Corporation Counsel of City of Albany,* for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.